CORA D. BAKER, Respondent, v. IVAN M. SCHNEIBLE, Appellant. — Settled.

JAMES WILLIS BALLARD, as Receiver of the KEYSTONE GUARD, Appellant, Respondent, v. SARATOGA NATIONAL BANK OF SARATOGA SPRINGS, NEW YORK, Respondent, Appellant.— Judgment reversed and new trial granted, with costs to appellant to abide event. All concur, except John M. Kellogg, P. J., and Cochrane, J., who dissent.

ARTHUR E. CONNER, as Trustee of the Estate of WALTON HOME TELEPHONE COMPANY, Bankrupt, Appellant, v. JOHN R. BRYCE and Others, Respondents.— Judgment and orders unanimously affirmed, with costs. Kiley J., not sitting.

ANNA M. CONKLIN, Respondent, v. HORACE E. CONKLIN, Appellant.— Motion denied.

GLENN DECKER, Respondent, v. MARYLAND WOOD PRODUCTS COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

GENERAL ELECTRIC COMPANY, Appellant, v. THE DELAWARE AND HUDSON COMPANY, Respondent.— Judgment affirmed, with costs, on the authority of *New York Central & H. R. R. R. Co.* v. *General Electric Co.* (219 N. Y. 227). All concur, except Woodward, J., dissenting; Van Kirk, J., not sitting.

JOHN HAPP, Respondent, v. WILLIAM SKINNER, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

STEPHEN HOYT and FREDERICK VETTER, Respondents, v. SILAS B. MOORE, Appellant.— Judgment unanimously affirmed, with costs.

DOROTHY M. HARRIS, an Infant, by RODNEY A. HARRIS, Her Guardian ad Litem, Appellant, v. LEROY M. PULVER, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Van Kirk, J., not sitting.

KANK REALTY COMPANY, Appellant, v. BERNARD BROWN, Respondent.— Judgment and order modified by striking therefrom the words " on the merits " and as so modified unanimously affirmed, with costs, on the opinion of County Judge McKelvey. [Reported in 114 Misc. Rep. 357.] All concur.

CHARLES E. LAIR, Respondent, v. ALFRED E. BARBARESI, Sued Herein as " ALBERT " BARBARESI, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

MARY E. McGRATH, as Administratrix, etc., of PATRICK McGRATH, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. MARY E. McGRATH, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgments unanimously affirmed, with one bill of costs, on the authority of *Smith* v. *State of New York* (227 N. Y. 405).